Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher J. Costa,       
Appellant.
 
 
 

Appeal From Horry County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-399
Submitted April 18, 2003  Filed June 
 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor John Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM:  Appellant, Christopher J. Costa, 
 was indicted for murder, armed robbery, and criminal conspiracy.  The State 
 sought the death penalty.  The jury found appellant guilty on all three charges 
 and, following the penalty phase of the trial, recommended a sentence of life 
 imprisonment.  The trial judge sentenced Costa to life imprisonment without 
 the possibility of parole for murder, thirty years for armed robbery, and five 
 years for criminal conspiracy.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.